UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Diem Tran, | Court File No.: 08-543 (DSD/JJG) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| NCO Financial Systems, Inc., | |
| Defendant. | |

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled.  Therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs, disbursements or attorneys' fees to any of the parties.

**IT IS FURTHER STIPULATED**, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs, disbursements or attorneys' fees to any of the parties, may be entered herein.

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

Dated:   6/24/08

By:  s/ Mark L. Vavreck
  Mark L. Vavreck  (#318619)
Attorneys for Plaintiff
401 North Third Street, Suite 600
Minneapolis, MN  55401
612-659-9500

**ERSTAD & RIEMER, P.A.**

Date:  June 2, 2008                               By:   s/ Thomas H. Schaefer
   Thomas H. Schaefer  (#231587)
Attorneys for Defendant NCO Financial
  Systems, Inc.
8009 - 34th Avenue South, Suite 200
Minneapolis, MN  55425
952-896-3700