AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Diem Tran

V.

NCO Financial Systems, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-cv-543 DSD/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

| July 3, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)    Katie Thompson,   Deputy Clerk |

Form Modified:  09/16/04